(September 8, 2017)

■ In the Matter of MICHAEL V. CARUSO, Appellant, v KEVIN BURNS et al., Respondents. [59 NYS3d 700]—In a proceeding pursuant to CPLR article 78 in the nature of mandamus to compel the Putnam County Board of Elections to place the petitioner's name on the ballot in a primary election to be held on September 12, 2017, for the nomination of the Independence Party as its candidate for the public office of Town Justice of the Town of Patterson, the petitioner appeals from a judgment of the Supreme Court, Putnam County (Reitz, J.), dated August 25, 2017, which dismissed the proceeding.

Ordered that the judgment is affirmed, without costs or disbursements.

Under the particular facts of this case, the proceeding was properly dismissed. Mastro, J.P., Leventhal, Maltese and Brathwaite Nelson, JJ., concur.